# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:
**James Allen Brown Jr.,**
    Debtor.

Case No.: 24–40948–EJC

Judge: Edward J Coleman

Chapter: 11

## NOTICE OF HEARING

Notice is given that a Hearing will be held on:

*January 9, 2025, at 10:00 AM*
*124 Barnard Street, 2nd Floor Hearing Room, Savannah, GA 31401*

to consider and act upon the following:

Motion to Reject Lease Agreement with Family Heirloom Storage filed December 5, 2024 by Debtor (docket #46), Motion to Assume Franchise Agreement with Century 21 Real Estate, LLC Filed December 5, 2024 by Debtor (docket #47), Motion to Assume Lease with Kenneth Dukes Filed December 5, 2024 by Debtor (docket #48), and Motion to Assume Lease With Medway Properties, Inc. Filed December 5, 2024 by Debtor (docket #49)

A copy of Movant's Motion is being served contemporaneously with the issuance of this notice.

*Dana M. Wilson, Clerk*
United States Bankruptcy Court
124 Barnard Street, 2nd Floor
P.O. Box 8347
Savannah, GA 31412

Dated: **December 9, 2024**

*B−33 [Rev. 11/23]* **EKB**