**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**

| | | |
|---|---|---|
| IN RE: | ] | |
| | ] | **CHAPTER 11 SUBCHAPTER V** |
| **JAMES ALLEN BROWN, JR.** | ] | **CASE NO. 24-40948-EJC** |
| | ] | |
| DEBTOR. | ] | |

**EMANUEL COUNTY, GEORGIA**

**CERTIFICATE OF SERVICE**

I, Roxanne T. Davis, Paralegal, of the firm of Levis Law Firm, Attorneys at Law, Post Office Box 129, Swainsboro, Georgia 30401, do hereby certify that I have served a copy of the within and foregoing **COPY OF MOTION TO REJECT LEASE AGREEMENT WITH FAMILY HEIRLOOM STORAGE FILED BY DEBTOR (DOCKET #46), MOTION TO ASSUME FRANCHISE AGREEMENT WITH CENTURY 21 REAL ESTATE, LLC FILED BY DEBTOR (DOCKET #47), MOTION TO ASSUME LEASE WITH KENNETH DUKES FILED BY DEBTOR (DOCKET #48), MOTION TO ASSUME LEASE WITH MEDWAY PROPERTIES, INC. FILED BY DEBTOR (DOCKET #49) and NOTICE OF HEARING (DOCKET #53)** upon:

See Attached Matrix

by mailing a copy through the United States mail with sufficient postage attached thereto to assure delivery.

This 11th day of December 2024.

**LEVIS LAW FIRM, LLC**

By: _/s/Roxanne T. Davis_____
ROXANNE T. DAVIS, Paralegal

LAW OFFICES:

LEVIS LAW FIRM, LLC
POST OFFICE BOX 129
SWAINSBORO, GA 30401
(478)237-7029
(478)237-9211 - FAX