| | | |
|---|---|---|
| Label Matrix for local noticing<br>113J-4<br>Case 24-40948-EJC<br>Southern District of Georgia<br>Savannah<br>Wed Dec 11 09:20:57 EST 2024 | Action Realty<br>123 E. General Screven Way<br>Hinesville, GA 31313-3013 | Alejandro Alvarez<br>270 Baker Street<br>Royston, GA 30662-4403 |
| American Express<br>Post Office Box 60189<br>City of Industry, CA 91716-0189 | Ameris Bank<br>Attn Special Assets Division<br>P O Box 870<br>Vidalia, GA 30475-0870 | Ameris Bank<br>101 West Hendry Street<br>Hinesville, GA 31313-3231 |
| Thomas E Austin Jr.<br>Thomas E. Austin, Jr., LLC<br>2451 Cumberland Parkway SE<br>Suite 3504<br>Atlanta, GA 30339-6136 | Bank of the Ozarks<br>c/o Dasher Howard, III<br>1010 Williams Street<br>Valdosta, GA 31601-4039 | James Allen Brown Jr.<br>321 Kuwe Trail<br>Hinesville, GA 31313-5715 |
| Century 21 Real Estate, LLC<br>175 Park Avenue<br>Madison, NJ 07940-1123 | Department of Education/Nelnet<br>P. O. Box 82561<br>Lincoln, NE 68501-2561 | Kenneth Dukes<br>601 Tupelo Trail #42<br>Hinesville, GA 31313-3421 |
| Family Heirloom Storage<br>Post Office Box 441<br>Mill Spring, NC 28756-0441 | Fredrick Shore<br>13410 NW 49th Lane<br>Gainesville, FL 32606-3517 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 |
| Geovista Credit Union<br>Post Office Box 132<br>Hinesville, GA 31310-0132 | INTERNAL REVENUE SERVICE<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>PHILADELPHIA 19101-7346 | JP Morgan Chase Bank, N.A.<br>Post Office Box 4465<br>Springfield, OH 45501-4465 |
| JTS Capital 3 LLC<br>Post Office Box 21505<br>Waco, TX 76702-1505 | Joyce Jarrell<br>10200 Ford Avenue<br>Suite 103<br>Richmond Hill, GA 31324-8824 | Job White a/k/a Job Edwin White, Jr.<br>10216 S.W. 49th Lane<br>Gainesville, FL 32608-7161 |
| Leroy R. Keel<br>382 Old Savannah Road<br>Hinesville, GA 31313-1117 | Leroy Ren Keel<br>382 Old Savannah Road<br>Hinesville, GA 31313-1117 | Leroy Renfroe Keel<br>382 Old Savannah Road<br>Hinesville, GA 31313-1117 |
| Jon A. Levis<br>Levis Law Firm, LLC<br>P O Box 129<br>Swainsboro, GA 30401-0129 | Liberty County Tax Commissioner<br>112 N. Main Street<br>Room 106<br>Hinesville, GA 31313-0587 | Medway Properties, Inc.<br>123 E. General Screven Way<br>Hinesville, GA 31313-3013 |
| (p)MCCALLA RAYMER LEIBERT PIERCE  LLC<br>ATTN ATTN WENDY REISS<br>1544 OLD ALABAMA ROAD<br>ROSWELL GA 30076-2102 | Matthew E. Mills<br>Office of The U S Trustee<br>33 Bull Street, Suite 400<br>Savannah, GA 31401-3331 | SouthState Bank N.A.<br>PO Box 1900<br>Cornelia, GA 30531-7900 |

(p)NATIONAL LOAN INVESTORS  
P O BOX 54979  
OKLAHOMA CITY OK 73154-1979

Nelnet  
121 South 13th Street  
Lincoln, NE 68508-1922

Northwestern Mutual  
Post Office Box 3009  
Milwaukee, WI 53201-3009


Office of the U. S. Trustee  
33 Bull Street, Suite 400  
Savannah, GA 31401-3331

Tamara Miles Ogier  
Ogier, Rothschild & Rosenfeld, PC  
PO Box 1547  
Decatur, GA 30031-1547

Karl E. Osmus  
Wolfson & Osmus, LLC  
P.O. Box 1726  
Valdosta, GA 31603-1726


Rapidan, LLC  
c/o Sherwin P. Robin  
Post Office Box 9541  
Savannah, GA 31412-9541

South State Bank f/k/a Bryan Bank and Trust  
c/o Quentin L. Martin  
2 East Bryan Street, 10th Floor  
Savannah, GA 31401-2635

The Coastal Bank  
c/o Margaret S. Puccini, Esq.  
Post Office Box 1368  
Savannah, GA 31402-1368


The First Bank  
300 South Main Street  
Hinesville, GA 31313-3222

Trecondal Properties, LLC  
213 Delahow Street  
Charleston, SC 29492-8277

Truist Bank, Support Services  
P.O. Box 85092  
Richmond VA 23286-0001


Truist Loan Services  
Post Office Box 2306  
Wilson, NC 27894-2306

U.S. Bank NA dba Elan Financial Services  
Bankruptcy Department  
PO Box 108  
Saint Louis MO 63166-0108

U.S. Small Business Administration  
233 Peachtree Street  
Ste. 300  
Atlanta, GA 30303-1553


US Department of Education c/o Nelnet  
121 S 13th St  
Lincoln, NE 68508-1904

United Commodity Bank  
Post Office Box 249  
Blairsville, GA 30514-0249

(p)U S  ATTORNEY'S OFFICE  
P O BOX 8970  
SAVANNAH GA 31412-8970


Visa (Elan Finance)  
Post Office Box 790408  
St.  Louis, MO 63179-0408

Visa Credit One Bank  
Post Office Box 98873  
Las Vegas, NV 89193-8873

Water Utility Management, LLC  
Post Office Box 1526  
Savannah, GA 31402-1526


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Georgia Department  of Revenue  
Bankruptcy Insolvency Unit  
1800 Century Blvd., Ste. 17000  
Atlanta, GA 30345

Ciro A. Mestres  
McCalla Raymer Leibert Pierce, LLC  
1544 Old Alabama Rd  
Roswell, GA 30076

National Loan Investors, LP  
Post Office Box 54979  
Oklahoma City, OK 73154


United States Attorney  
P.O. Box 8970  
Savannah GA 31412

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Century 21 Real Estate, LLC<br>175 Park Ave.<br>Madison, NJ 07940-1123 | (d)Family Heirloom Storage<br>Post Office Box 441<br>Mill Spring, NC 28756-0441 | (u)JPMorgan Chase Bank, National Association |
| (u)Medway Properties, Inc. | (d)Medway Properties, Inc.<br>123 E. General Screven Way<br>Hinesville, GA 31313-3013 | (u)The First Bank |

End of Label Matrix
Mailable recipients    50
Bypassed recipients     6
Total                  56