# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

| | |
|---|---|
| In re: | Case No.:   24–40948–EJC |
| **James Allen Brown Jr.,** | Judge:   Edward J Coleman |
| Debtor. | Chapter:   11 |

## NOTICE OF REASSIGNED HEARING

The Hearing on Application to Employ Joyce Jarrell as Real Estate Broker Filed by Debtor (docket #44), Motion to Reject Lease Agreement with Family Heirloom Storage Filed by Debtor (docket #46), Motion to Assume Franchise Agreement with Century 21 Real Estate, LLC Filed by Debtor (docket #47), Motion to Assume Lease with Kenneth Dukes Filed by Debtor (docket #48), Motion to Assume Lease With Medway Properties, Inc. Filed by Debtor (docket #49), and Motion to Reject Lease Agreement with Alejandro Alvarez Filed by Debtor (docket #64) originally scheduled **January 9, 2024** has been <u>reassigned</u> to:

*January 13, 2025, at 12:00 PM,*
*U.S. Bankruptcy Court,*
*U. S. Courthouse, 52 N. Main St., Statesboro, GA 30458.*

All other provisions of the original notice remain in full force and effect.

**\*\*PLEASE NOTE THE LOCATION OF THIS HEARING IS STATESBORO.**

*Dana M. Wilson, Clerk*
United States Bankruptcy Court
124 Barnard Street, 2nd Floor
P.O. Box 8347
Savannah, GA 31412

Dated: January 2, 2025

B–40R [Rev. 03/22]  *EKB*