# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:  
**James Allen Brown, Jr.**  
   Debtor.

Case No: **24-40948-EJC**

Judge: Edward J. Coleman III

Chapter: 11

**Order and Notice Under Subchapter V of Chapter 11 Fixing Dates for: Hearing on Confirmation of Chapter 11 Plan; Filing Acceptances or Rejections of Plan; Filing Objections to Confirmation of Plan; Filing Election Under § 1111(b); and Filing Applications for Compensation**

A Plan of reorganization (the Plan) under Subchapter V of Chapter 11 of the Bankruptcy Code was filed by Debtor on January 31, 2025 (docket # 117).

**IT IS ORDERED**, and notice is hereby given, that:

1. Within three (3) days after the entry of this order, Debtor shall mail a copy of this order, the Plan and a Ballot for Acceptance or Rejection of the Plan (Local Form 11-01subV) to all creditors, equity security holders and parties in interest, and immediately thereafter, file a certificate of service with the Court indicating that these documents have been timely mailed.

2. March 10, 2025 is fixed as the last day for filing an election of application of § 1111(b)(2) by a class of secured creditors in accordance with Bankruptcy Rule 3014.

3. March 17, 2025 is fixed as the last day for filing and serving written objections to the Plan.

4. March 17, 2025 is fixed as the last day for filing and serving applications for compensation.

5. March 17, 2025 is the date by which the trustee must file a statement of his/her estimated fees that will be incurred through the confirmation hearing date.

6. March 10, 2025 is fixed as the last day for filing written acceptances or rejections of the Plan. A written summary of ballots must be filed by the Debtor with the Court and transmitted to the Case Trustee and U.S. Trustee, no later than 7 days prior to the confirmation hearing.

7. The hearing on confirmation of the Plan will be held on:

**March 24, 2025** at **12:00 PM**

**U.S. Courthouse, 52 N. Main Street, Statesboro, GA 30458**

8. Debtor(s) and his/her attorney shall appear. In the event they fail to appear, or if the Plan is not confirmed at said hearing, a hearing will thereupon be held to determine whether the case should be dismissed or converted to Chapter 7.

**\*\*PLEASE NOTE THE LOCATION OF THIS HEARING IS STATESBORO.**



Dated: February 7, 2025

11−26subV

Edward J. Coleman III
United States Bankruptcy Judge
124 Barnard Street, 2nd Floor
P.O. Box 8347
Savannah, GA 31412

# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In the matter of:  
**James Allen Brown, Jr.**

Case No.: **24-40948-EJC**  
Judge: Edward J. Coleman, III

Chapter 11

Debtor(s).

### SUBCHAPTER V BALLOT FOR ACCEPTANCE OR REJECTION OF THE PLAN

Debtor filed a plan of reorganization (docket # 117) dated January 31, 2025 (the Plan) in this case. To have your vote count you must complete and return this ballot.

You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.

The undersigned

[ ] Holder of _____ shares of _____ stock of the above−named Debtor, represented by Certificate # _____ registered in the name of _____;

[ ] Holder of a secured claim in the amount of $ _____. The collateral for this secured claim is _____.

[ ] Creditor of the above−named debtor in the amount of $ _____.

## [ ] ACCEPTS* [ ] REJECTS*

the Plan of reorganization of the above−named Debtor.

ELECTRONICALLY FILE BALLOT  
OR RETURN BY MAIL ON OR BEFORE  
**3/10/2025**

TO: Chapter 11 Clerk  
P.O. Box 8347, Savannah, GA 31412

_____  
*Name of Creditor (Please Print)*

_____  
*Signature of Creditor*

_____  
*Title*

_____  
*Mailing Address*

_____  
*City State Zip Code*

***NOTE:*** Rule 3018 of the Rules of Bankruptcy Procedure specifies that for cause shown and within the time fixed for acceptance or rejection of a plan, the Court, after notice and hearing, may permit a creditor or equity security holder to change or withdraw an acceptance or rejection. Therefore, after the expiration of the above−named time there can be no change of vote.

*11-01subV [02/21/2020]*

# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:  Case No.:**24-40948-EJC**

**James Allen Brown, Jr.**  Judge: Edward J. Coleman, III

  Debtor(s).  Chapter: 11

### CHAPTER 11 BALLOT SUMMARY AND CERTIFICATION

**Chapter 11 Plan/Amended Chapter 11 Plan filed on:** _____

**Confirmation Hearing Date:** _____

**Last Date for Ballots:** _____

| BALLOT TABULATION | | | Class 1 Unsecured and Impaired | | Class 2 Secured and Unimpaired | |
|---|---|---|---|---|---|---|
| Creditors | Accepts | Rejects | Accepts | Rejects | Accepts | Rejects |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| **Totals:** |  |  |  |  |  |  |
| **Total Votes per Column per Class:** |  |  |  |  |  |  |
| **Total Votes per Class:** |  |  |  |  |  |  |

**(THIS SUMMARY IS REQUIRED TO BE FILED AT LEAST SEVEN (7) DAYS PRIOR TO THE CONFIRMATION HEARING UNLESS OTHERWISE DIRECTED BY THE COURT.)**

**Debtor(s):** _____

*Local Form BallotSumm 2/21/2020*

**Case Number:** _____

**SUMMARY**

CLASS _____

TOTAL NUMBER OF CLAIMS VOTING: _____

TOTAL NUMBER OF CLAIMS ACCEPTING: _____

TOTAL DOLLAR AMOUNT OF CLAIMS VOTING: _____

TOTAL DOLLAR AMOUNT OF CLAIMS ACCEPTING: $_____

*

CLASS _____

TOTAL NUMBER OF CLAIMS VOTING: _____

TOTAL NUMBER OF CLAIMS ACCEPTING: _____

TOTAL DOLLAR AMOUNT OF CLAIMS VOTING: _____

TOTAL DOLLAR AMOUNT OF CLAIMS ACCEPTING: $_____

*

CLASS _____

TOTAL NUMBER OF CLAIMS VOTING: _____

TOTAL NUMBER OF CLAIMS ACCEPTING: _____

TOTAL DOLLAR AMOUNT OF CLAIMS VOTING: _____

TOTAL DOLLAR AMOUNT OF CLAIMS ACCEPTING: $_____

*

*Indicate if more or less than 2/3 of amount voting.*

I hereby certify that the ballot summary is accurate and that all ballots received have been accounted for in the tabulation and summary.

_____     _____
Signature of Attorney or Plan Proponent                                                              Date

_____
Name of Attorney or Plan Proponent

Address      _____

Phone        _____

Email        _____

*Local Form BallotSumm 2/21/2020*